UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,                 :
                                          :
      -against-                       :     18 Cr. 906 (WHP)
                                          :
EDUARD VEISYAN,                           :     ORDER
                       Defendant.   :
-------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      The Defendant in the above captioned case, prisoner number 76242-054, has been sentenced to a term of imprisonment of "Time Served."

Dated: January 31, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.